

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021
```

July 1, 2021

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

  Re: *Huang v. Renaud, et al.*, No. 21 Civ. 3956 (AJN)

Dear Judge Nathan:

  This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Refugee/Asylee Relative Petitions (Forms I-730). On behalf of the government, I write respectfully to request an on-consent extension of time of ninety days to respond to the complaint (*i.e.*, from July 8, 2021 to October 7, 2021). I also respectfully request that the initial conference presently scheduled for September 10, 2021 be adjourned to the week of October 18, 2021 or thereafter.

  The extension is respectfully requested because USCIS has issued Requests for Evidence ("RFEs") relating to the Forms I-730, for which the responses are due by September 27, 2021. After USCIS reviews the RFE responses, it may schedule one or more interviews in China to determine what further steps are necessary to proceed to adjudicate the Forms I-730. Plaintiff's counsel anticipates that RFE responses may be submitted by the end of July, and thus the requested extension may provide sufficient time for USCIS to receive and review the RFE responses and schedule any necessary interviews. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiff consents to these requests.

  I thank the Court for its consideration of this letter.

> The request for an extension of time to respond to the complaint is GRANTED. The initial pretrial conference scheduled for September 10, 2021, is adjourned to October 22, 2021, at 3:15 p.m.
> SO ORDERED.

*[signature: Alison J. Nathan]*

SO ORDERED.  7/2/2021
ALISON J. NATHAN, U.S.D.J.

Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)